1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

11   SUZANNE A. MERTES,            )      Case No. 2:06-CV-01742-LKK-GGH

12                   Plaintiff,  )      ORDER GRANTING DEFENDANT'S

13         v.         )      APPLICATION FOR THE LATE FILING OF REPLY BRIEF

|                          |     |                                           |
|--------------------------|-----|-------------------------------------------|
| SUZANNE A. MERTES,       | )   | Case No. 2:06-CV-01742-LKK-GGH            |
|                          | )   |                                           |
|              Plaintiff,  | )   | ORDER GRANTING DEFENDANT'S                |
|                          | )   | APPLICATION FOR THE LATE FILING OF        |
|       v.                 | )   | REPLY BRIEF                               |
|                          | )   |                                           |
| MICHAEL W. WYNNE, Secretary, | ) |                                         |
| United States Department of the Air Force, | ) |                          |
|                          | )   |                                           |
|              Defendant.  | )   |                                           |
|_____| )   |                                           |

17         For good cause shown, defendant's *ex parte* application for the late filing on September 1,

18  2007, of its reply brief is hereby APPROVED.

19         IT IS SO ORDERED.

20

21  DATED:  September 4, 2007.

22

23

24                               LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

25
26
27
28

1