IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE A. MERTES,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL W. WYNNE, Secretary,<br>United States Department of the Air Force,<br><br>　　　　　　　Defendant. | Case No. 2:06-CV-01742-LKK-GGH<br><br>ORDER MODIFYING SCHEDULED DATE FOR HEARING ON DEFENDANT'S MOTION TO DISMISS |

　　　Pursuant to the stipulation of the parties electronically filed herein on September 24, 2007, and good cause having been shown, the scheduled hearing date for Defendant's Motion to Dismiss shall be continued from September 28, 2007 at 1:30 p.m. to October 1, 2007, at 10:00 a.m. in Courtroom 4 before the Honorable Lawrence K. Karlton.

　　　IT IS SO ORDERED.


DATED: September 25, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT