1  Victor C. Thuesen, Esq. #92467
   LAW OFFICE OF VICTOR C. THUESEN
2  11 Western Avenue
   Petaluma, California 94952
3  Telephone: (707) 763-5030

4  Attorney for Plaintiff

5  McGREGOR W. SCOTT
   United States Attorney
6  BOBBIE J. MONTOYA
   Assistant U.S. Attorney
7  501 I Street, Suite 10-100
   Sacramento, California 95814-2322
8  Telephone: (916) 554-2775

9  Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE A. MERTES, ) | Case No. 2:06-CV-01742-LKK-GGH |
| ) Plaintiff, ) | JOINT REQUEST TO LATE FILE JOINT PRETRIAL STATEMENT OF UNDISPUTED FACTS AND DISPUTED FACTUAL ISSUES and [proposed] ORDER |
| v. ) | |
| MICHAEL W. WYNNE, Secretary, ) United States Department of the Air Force, ) | |
| ) Defendant. ) | |
| _____ ) | |

Notwithstanding that the undersigned counsel for the parties to the above-entitled action took arduous steps to read multiple times the Court's October 25, 2006 Status (Pretrial Scheduling) Conference Order and follow its directions concerning the filing of Pretrial Statements, they missed the filing of the Joint Pretrial Statement of Undisputed Facts and Disputed Factual Issues on November 26, 2007, concurrently with the filing of plaintiff's Pretrial Statement.  The parties sincerely apologize for any inconvenience this has caused the Court, and respectfully request that they be permitted to late file their Joint Pretrial Statement of Undisputed Facts and Disputed Factual

Joint Request to Late File Joint Pretrial Statement of
Undisputed Facts and Disputed Factual Issues                1

Issues. They intend to file their Joint Pretrial Statement as soon as possible, but by no later than November 28, 2007.

Respectfully submitted,

DATED: November 27, 2007

McGREGOR W. SCOTT
United States Attorney

By: */s/ Bobbie J. Montoya*
_____
BOBBIE J. MONTOYA
Assistant U.S. Attorney
Attorneys for Defendant

DATED: November 27, 2007

LAW OFFICES OF VICTOR C. THUESEN

By: */s/ Victor C. Thuesen*
[signature authorized via 11/27/07 email]
_____
VICTOR C. THUESEN, ESQ.
Attorney for Plaintiff

_____ oOo_____

ORDER

The parties' foregoing request to late file their Joint Pretrial Statement of Undisputed Facts and Disputed Factual Issues is hereby GRANTED. The Joint Pretrial Statement of Undisputed Facts and Disputed Factual Issues shall be filed as soon as possible, but by no later than November 28, 2007.

IT IS SO ORDERED.

DATED: November 28, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT