IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE A. MERTES, | Case No. 2:06-CV-01742-LKK-GGH |
| Plaintiff, | ORDER OF DISMISSAL PURSUANT TO STIPULATION BETWEEN THE PARTIES |
| v. | |
| MICHAEL W. WYNNE, Secretary, United States Department of the Air Force, | |
| Defendant. | |

This action is hereby DISMISSED WITH PREJUDICE pursuant to the Stipulation for Compromise Settlement, Releases and Dismissal filed herein on February 25, 2008. The Clerk of the Court shall enter the dismissal and release in the official docket.

IT IS SO ORDERED.

DATED: February 26, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1